WALI D. MUHAMMAD v. WILLIAM JEMISON.

January 20, 1981.

Petition for certification denied.

ROGER OSTER v. JOSEPH H. LERNER.

January 20, 1981.

Petition for certification denied.

ALLSTATE INSURANCE COMPANY v. MOTOR CLUB
OF AMERICA.

January 20, 1981.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF HARRY D.
AVERY, DECEASED.

January 20, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 469)